IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAVELL RONDELL JOHNSON,

      Plaintiff,                    No. CIV S-07-2544 WBS DAD P

     vs.

JOHN McGINNESS, et al.,

      Defendants.           <u>ORDER</u>

                           /

       Plaintiff, a federal prisoner currently confined at the Sacramento County Main Jail, has filed an action seeking relief pursuant to 42 U.S.C. § 1983. On December 11, 2007, this court dismissed plaintiff's complaint because the allegations therein were so vague and conclusory that the court was unable to determine whether the current action is frivolous or fails to state a claim for relief.

       On December 19, 2007, plaintiff filed a motion to compel. Plaintiff requests from defendants "1 - The complete Medical Records of Plaintiff; 2 - A listing of Respondent's Assets, Bank Accounts, Insurance Policies Statement; 3 - Depositions Minutes." Plaintiff's motion is premature. The court has not ordered service upon any defendants named in this action nor has the court issued a discovery order. Accordingly, plaintiff's motion to compel will be denied.

/////

1

1  In accordance with the above, IT IS HEREBY ORDERED that plaintiff's
2  December 19, 2007 motion to compel is denied.
3  DATED: January 31, 2008.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
john2544.mtc

2