IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAVELL RONDELL JOHNSON,

    Plaintiff,                      No. CIV S-07-2544 WBS DAD P

    vs.

JOHN McGINNESS, et al.,

    Defendants.             ORDER

_____/

    On December 11, 2007, this court dismissed plaintiff's complaint and granted him thirty days leave to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Plaintiff has not filed an amended complaint. However, on January 2, 2008, plaintiff filed a notice of change of address, which indicates that he wishes to proceed with this action. Accordingly, the court will grant plaintiff an additional thirty days to file an amended complaint in compliance with the court's December 11, 2007 order.[1] Failure to comply with this order will result in a recommendation of dismissal of this action.

/////

---

[1] If plaintiff no longer wishes to proceed with this action, he should file a request that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. Plaintiff shall file an amended complaint in accordance with the court's

3  December 11, 2007 order. Failure to file an amended complaint in accordance with this order

4  will result in a recommendation that this action be dismissed without prejudice; and

5  2. The Clerk of the Court shall re-serve plaintiff with the court's December 11,

6  2007 orders (Doc. Nos. 5 and 6).

7  DATED: February 27, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
john2544.mod46